# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2016

153387

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MICHELE PRICE a/k/a MICHELE BURKE,
      Plaintiff-Appellee,

v

ELENI CALLIS, D.D.S.,
      Defendant-Appellant,

and

JERRY A. ARONOFF, D.D.S.,
      Defendant.

_____/

SC: 153387
COA: 329004
Wayne CC: 15-002017-NH

      On order of the Court, the application for leave to appeal the February 18, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016


Clerk

p0928